**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KIRIAN MARICELA ANDRADE LOPEZ<br>Petitioner,<br><br>v.<br><br>WARDEN, MOSHANNON VALLEY PROCESSING CENTER, ET AL.<br><br>Respondents. | ) | 3:26-CV-2111 |

**CASE MANAGEMENT ORDER (PRO SE)**

The Court orders as follows:

1. **Service**. The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day. This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **14 days** of the date of service. Responses are limited to **15 pages**, double-spaced (with no less than twelve (12) point font and one inch page margins). Responses shall identify with specificity the factual and legal basis for Petitioner's detention and shall attach any supporting immigration documents. Responses also shall include as an attachment the Notice(s) to Appear for Petitioner's case. If Respondents contend that Petitioner has any criminal history, then they shall state such history, identify it with specificity, and attach the supporting

record(s). Respondents <u>shall</u> list in their Response the petitioner's: (1) Alien Registration Number and (2) country of birth/nationality.

DATED this 25th day of November, 2026.

BY THE COURT:

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: ECF Counsel of Record
and
KIRIAN MARICELA ANDRADE LOPEZ
A201775469
MOSHANNON VALLEY PROCESSING CENTER
LEGAL MAIL - Open in Presence of Detainee
555 GEO DRIVE
PHILIPSBURG, PA 16866